UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EUGENE A. SMITH, a married man,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHRISTPHER M. DUEBALL, a single man; and AUTOMOTIVE & INDUSTRIAL DISTRIBUTORS OF BILLINGS, INC., a Montana corporation; and,<br><br>          Defendants. | NO: 2:16-CV-50-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Joint Stipulated Motion for Dismissal of All Claims with Prejudice, ECF No. 17.  Having reviewed the Stipulated Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulated Motion for Dismissal with Prejudice, **ECF No. 17**, is **GRANTED**.  All of Plaintiff's claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED**: November 28, 2016.

                         *s/ Rosanna Malouf Peterson*
                      ROSANNA MALOUF PETERSON
                          United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2